IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

05 APR 27 HII...

ROBERT R. DI...
CLERK, U.S. DI...
W.D. OF TN, MEMPHIS

| | | |
|---|---|---|
| CHARLES CURTIS JONES and<br>ALETA JONES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No.    02-2128 An |
| | ) | |
| A.C. GILLESS, JR. et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER SETTING HEARING

Before the Court is the parties' Joint Motion to Revise the Current Scheduling Order and to Continue Trial Setting filed on April 19, 2005. After consideration it is **ORDERED** that a hearing be held before United States Magistrate Judge S. Thomas Anderson on **WEDNESDAY, MAY 4, 2005 at 3:00 P.M.** in Courtroom M-3, 9th Floor, Federal Building, Memphis, Tennessee.

   **IT IS SO ORDERED**.

S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

Date: April 26, 2005

1

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 5-2-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 61 in
case 2:02-CV-02128 was distributed by fax, mail, or direct printing on
May 2, 2005 to the parties listed.

---

Reva M. Kriegel
LAW OFFICE OF REVA M. KRIEGEL
266 S. Front St.
Ste. 206
Memphis, TN 38103

Eugene C. Gaerig
LAW OFFICES OF EUGENE C. GAERIG
100 N. Main Street
Ste. 3118
Memphis, TN 38103

Honorable S. Anderson
US DISTRICT COURT