IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| CHARLES CURTIS JONES and ALETA JONES, ) ) ) | |
| Plaintiffs, ) ) | |
| vs. ) | NO.: 02-2128-An |
| ) A.C. GILLESS, JR., Sheriff and ) SHELBY COUNTY GOVERNMENT, ) ) | |
| Defendants. ) | |

## ORDER GRANTING MOTION TO REVISE THE CURRENT SCHEDULING ORDER AND TO CONTINUE TRIAL SETTING

Before the Court is the Joint Motion to Revise the Current Scheduling Order and to Continue Trial Setting. For good cause shown, the motion is **GRANTED**. The Scheduling Order shall be modified to reflect the following deadlines:

**Plaintiffs' Expert Disclosure:**   October 28, 2005

**Defendants' Expert Disclosure:**   November 20, 2005

**Supplementation under Rule 26(e):** December 9, 2005

**Complete All Discovery:**   December 30, 2005

**Dispositive Motion Deadline:**   January 30, 2006

This trial is expected to last 2-3 days and is **SET FOR JURY TRIAL** at 10:00 a.m. on **MONDAY, APRIL 17, 2006.** A joint pretrial order shall be submitted no later than 4:30 p.m.

1

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on _____

on **TUESDAY, APRIL 11, 2006**. The proposed joint pretrial order should include any stipulated facts, contested issues of fact and/or law, list of witnesses and exhibits and should be signed by the attorneys for all the parties.

If a jury trial has been requested, the parties should submit proposed jury instructions to the Court by **TUESDAY, APRIL 11, 2006**. Failure to present the proposed jury instructions may be deemed a waiver with regard to presentation at a later date. If the action is to be tried by the Judge, the parties will be required to submit proposed findings of fact and conclusions of law in place of the proposed jury instructions.

**IT IS SO ORDERED.**

S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

Date: May 10, 2005

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 63 in case 2:02-CV-02128 was distributed by fax, mail, or direct printing on May 17, 2005 to the parties listed.

---

Reva M. Kriegel
LAW OFFICE OF REVA M. KRIEGEL
266 S. Front St.
Ste. 206
Memphis, TN 38103

Eugene C. Gaerig
LAW OFFICES OF EUGENE C. GAERIG
100 N. Main Street
Ste. 3118
Memphis, TN 38103

Honorable S. Anderson
US DISTRICT COURT