IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

CHARLES C. JONES and ALETA )
JONES, )
       )
     Plaintiffs, )
       )
v. )   NO.   02-2128 A
       )
A.C. GILLESS, JR., SHERIFF and )
SHELBY COUNTY GOVERNMENT, )
       )
     Defendants. )

## ORDER DENYING DEFENDANTS' MOTION FOR AN ORDER COMPELLING CHARLES JONES TO BE EXAMINED BY DR. NEIL ARONOV, A CERTIFIED PSYCHOLOGIST

Before the Court is Defendants' Motion for an Order Compelling Charles Jones to be Examined by Dr. Neil Aronov, a Certified Psychologist filed on November 4, 2005. The Local Rules for the Western District of Tennessee require that all motions filed in the Court shall be "accompanied by a supporting memorandum of facts and law." Local Rule 7.2(a)(1) for the Western District of Tennessee. Defendants failed to file a supporting memorandum of facts and law with their Motion. Defendants also failed to file a proposed order as required by Rule 7.2(a)(1)(A) of the Local Rules of the United States District Court for the Western District of Tennessee. Because they did not file a memorandum or proposed order, Defendants' Motion is **DENIED** without prejudice. Defendants are entitled to re-file their Motion, so long as the

Motion complies with the Local Rules for the Western District of Tennessee.

**IT IS SO ORDERED.**

S. Thomas Anderson

S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

Date: November 23, 2005

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 69 in case 2:02-CV-02128 was distributed by fax, mail, or direct printing on November 25, 2005 to the parties listed.

---

Eugene C. Gaerig
LAW OFFICES OF EUGENE C. GAERIG
100 N. Main Street
Ste. 3118
Memphis, TN 38103

Reva M. Kriegel
LAW OFFICE OF REVA M. KRIEGEL
266 S. Front St.
Ste. 206
Memphis, TN 38103

Honorable S. Anderson
US DISTRICT COURT